| (Official Form 1) (9/01) | | FORM B1, Page 1 |
|---|---|---|
| **FORM B1** | **United States Bankruptcy Court**<br>**Northern District of Illinois**<br>**Eastern Division** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sipple, John Michael** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-4688 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>530 Salceda<br>Mundelein, IL 60060 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)       ☐ Railroad
☐ Corporation         ☐ Stockbroker
☐ Partnership         ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13
☐ Chapter 9     ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business     ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses pa[id] be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1 |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0[00,001 to] $100 |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0[00,001 to] $100 |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/24/2004
Time: 12:26:58
Debtor: JOHN MICHAEL SIPPLE
Case: 04-11623       Fee : 209
Chapter: 7 Rec. # : 3070643
Judge: A Benjamin Goldgar
341 mtg: 05/27/2004 @ 03:30PM
Trustee: JOSEPH COHEN

1:04BK11623-BK001

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **John Michael Sipple** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _[signature]_
Signature of Attorney for Debtor(s)

**David N. Missner,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Piper Rudnick LLP**
Firm Name

**203 N. LaSalle Street Suite 1800**
Address

**Chicago, IL 60601-1293**

**(312) 368-4000**        **(312) 236-7516**
Telephone Number

_March 24, 2004_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| JOHN MICHAEL SIPPLE | ) | Case No. |
| | ) | |
| DEBTOR. | ) | |

### LIST OF CREDITORS

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) | SS |
| COUNTY OF COOK ) | |

    I, John Michael Sipple, being first duly sworn on oath, depose and say that I am the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor.

By: _____
JOHN MICHAEL SIPPLE

I declare under penalty of perjury
that the foregoing is true and correct.

Goldstine Skrodski Russian Nemec & Hoff
835 McClintock Drive
Burr Ridge, IL 60527-0860

First National Bank of Eagle River
400 East Wall Street
Eagle River, WI 54521

World Perks Visa
U.S. Bank
P.O. Box 6345
Fargo, ND 58125-6345

American Express
P.O. Box 299836
Ft. Lauderdale, FL 33329-9836

Shell Oil Credit Land Serv.
P.O. Box 790070
Houston, TX 77279-9070

Mary Ann Gerstner
Gerstner & Gerstner
53 W. Jackson Blvd. – Suite 1538
Chicago, IL 60604

Heil Heil Smart & Golee
1515 Chicago Avenue
Evanston, IL 60201

Harris Bank Argo
7549 W. 63rd St.
Summit, Il 60501

U.S. Small Business Administration
Commercial Loan Service Center
2719 North Air-Fresno Dr., Suite 107
Fresno, CA 93727-1547

First Bank & Trust of Evanston/Pontiac
820 Church Street
Evanston, IL 60201

~CHGO1:30409841.v1

RBC Centura Cardholder Services
P.O. Box 869
Buffalo, NY  14240-0869

United Mileage Plus
Card Member Services
P.O. Box 15153
Wilmington, DE  19886-5153

Travel Extras Mastercard
Card Member Services
P.O. Box 21550
Tulsa, OK  74121-1550

Citi Aadvantage Card
Citi Cards
P.O. Box 6405
The Lakes, NV  88901-6405

Bank One/First Visa USA
Card Member Service
P.O. Box 15153
Wilmington, DE  19886-5153