# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 04-11623 |
|---|---|---|
| SIPPLE, JOHN MICHAEL | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH E. COHEN_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 04-11623   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Date Filed (f) or Converted (c): | 04/24/04 (f) |
| | | 341(a) Meeting Date: | 05/27/04 |
| For Period Ending: | 06/02/09 | Claims Bar Date: | 10/20/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 600,000.00 | 150,000.00 | | 495,000.00 | 0.00 |
| 2. CHECKING | 52.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. BOOKS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | 0.00 |
| 8. LIFE INSURANCE | 25,119.00 | 0.00 | | 0.00 | 0.00 |
| 9. IRA | 109,903.00 | 0.00 | | 0.00 | 0.00 |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. TAX REFUND | Unknown | 7,000.00 | | 7,488.00 | 0.00 |
| 12. VEHICLE | 32,150.00 | 10,000.00 | | 0.00 | 0.00 |
| 13. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | 0.00 |
| 14. UTILITY DEPOSIT (u) | Unknown | Unknown | | 70.97 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,054.03 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $768,174.00    $167,000.00    $503,613.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF REAL ESTATE AND OTHER ASSETS. TRUSTEE IS HIRING BROKER TO SELL MICHIGAN PROPERTY. TRUSTEE ATTEMPTING TO SELL PROPERTY IN IRON MOUNTAIN, MI. SALE OF PROPERTY HAS CLOSED. TRUSTEE TO EMPLOY ACCOUNTANT. TRUSTEE HAS TO IMPORT AND REVIEW CLAIMS.

LFORM1
UST Form 101-7-TFR (4/1/2009)  *(Page: 3)*

Ver: 14.31

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 04-11623   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: SIPPLE, JOHN MICHAEL | Date Filed (f) or Converted (c): 04/24/04 (f) |
| | 341(a) Meeting Date: 05/27/04 |
| | Claims Bar Date: 10/20/04 |

Initial Projected Date of Final Report (TFR): 10/31/05     Current Projected Date of Final Report (TFR): 04/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-11623 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SIPPLE, JOHN MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8859 BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | | |
| For Period Ending: | 07/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/04 | 11 | JOHN SIPPLE | Tax refund | 1124-000 | 7,488.00 | | 7,488.00 |
| | | | Income tax refund | | | | |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.12 | | 7,488.12 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,488.75 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,489.36 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,489.99 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,490.60 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,491.23 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,491.87 |
| 02/08/05 | 000301 | HEADWATERS GASCO | Utility Payment | 2990-000 | | 215.68 | 7,276.19 |
| | | P. O. Box 816 | Utility Payment | | | | |
| | | Three Lakes, WI 54562 | | | | | |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.42 | | 7,277.61 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.55 | | 7,279.16 |
| 04/22/05 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 6.08 | 7,273.08 |
| | | Suite 1700 | | | | | |
| | | 210 Baronne St. | | | | | |
| | | New Orleans, LA 70112 | | | | | |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.49 | | 7,274.57 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.55 | | 7,276.12 |
| 06/09/05 | 000303 | CAROL RABER & ASSOC. | Court reporter fees | 2990-000 | | 115.00 | 7,161.12 |
| | | | Court reporter fees | | | | |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.48 | | 7,162.60 |
| 07/19/05 | 000304 | WE ENERGIES | Acct # 1411-746-294 | 2990-000 | | 213.01 | 6,949.59 |
| | | 695 Smokey Lake Rd. | | | | | |
| | | Iron River, MI 49935 | | | | | |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.51 | | 6,951.10 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.55 | | 6,954.65 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.43 | | 6,958.08 |
| 10/18/05 | | COPPER RANGE ABSTRACT & TITLE | | | 40,004.20 | | 46,962.28 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******8859  BofA - Money Market Account |
| Taxpayer ID No: | *******3748 |  |  |
| For Period Ending: | 07/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  | 1 | COPPER RANGE ABSTRACT & TITLE | Memo Amount:  495,000.00 | 1110-000 |  |  |  |
|  |  |  | Memo Amount:  ( 407,543.89 ) | 4110-000 |  |  |  |
|  |  |  | Mortgages |  |  |  |  |
|  |  |  | Memo Amount:  ( 17,129.88 ) | 2500-000 |  |  |  |
|  |  |  | SETTLEMENT COSTS |  |  |  |  |
|  |  |  | Memo Amount:  ( 622.03 ) | 2500-000 |  |  |  |
|  |  |  | MISC. EXPENSES |  |  |  |  |
|  |  |  | Memo Amount:  ( 29,700.00 ) | 3510-000 |  |  |  |
|  |  |  | Broker's real estate commission |  |  |  |  |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.66 |  | 46,972.94 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.16 |  | 46,996.10 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.95 |  | 47,020.05 |
| 01/11/06 | 14 | WE ENERGIES |  | 1290-000 | 70.97 |  | 47,091.02 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.98 |  | 47,115.00 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.56 |  | 47,148.56 |
| 03/14/06 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 |  | 35.96 | 47,112.60 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.03 |  | 47,152.63 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.75 |  | 47,191.38 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.08 |  | 47,231.46 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.82 |  | 47,270.28 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.15 |  | 47,310.43 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.18 |  | 47,350.61 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.91 |  | 47,389.52 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.26 |  | 47,429.78 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.98 |  | 47,468.76 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.31 |  | 47,509.07 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.35 |  | 47,549.42 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 36.48 |  | 47,585.90 |
| 03/01/07 | 000306 | International Sureties, Ltd. Suite 500 203 Carondelet St. | Bond premium | 2300-000 |  | 38.31 | 47,547.59 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8859 BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 07/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.41 | | 47,588.00 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 39.12 | | 47,627.12 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.45 | | 47,667.57 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 39.17 | | 47,706.74 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.52 | | 47,747.26 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.55 | | 47,787.81 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 30.44 | | 47,818.25 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 30.46 | | 47,848.71 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 25.56 | | 47,874.27 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 22.89 | | 47,897.16 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 18.98 | | 47,916.14 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 11.39 | | 47,927.53 |
| 03/25/08 | 000307 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 42.28 | 47,885.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 11.33 | | 47,896.58 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.81 | | 47,906.39 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.08 | | 47,912.47 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.90 | | 47,918.37 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.09 | | 47,924.46 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.09 | | 47,930.55 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.90 | | 47,936.45 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.65 | | 47,941.10 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.93 | | 47,945.03 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.41 | | 47,947.44 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,947.84 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 47,948.21 |
| 02/28/09 | 000308 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 39.36 | 47,908.85 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 47,909.26 |

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-11623 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SIPPLE, JOHN MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8859 BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | | |
| For Period Ending: | 07/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.05 | | 47,910.31 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 47,911.52 |
| 06/18/09 | 000309 | United States Treasury | 2004 Form 1041 75-6723748 | 2810-000 | | 1,705.00 | 46,206.52 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.19 | | 46,207.71 |

| | | Account *******8859 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 3 | Deposits | 47,563.17 | 9 | Checks | 2,410.68 |
| Memo Allocation Receipts: | 495,000.00 | 60 | Interest Postings | 1,055.22 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | 454,995.80 | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 48,618.39 | | | |
| Memo Allocation Net: | 40,004.20 | | | | | Total | $ 2,410.68 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 48,618.39 | | | |

LFORM2T4 UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

Ver: 14.31c

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-11623 | | Page 1 | | Date: July 14, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | SIPPLE, JOHN MICHAEL | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $3,455.50 | $0.00 | $3,455.50 |
| 001 3410-00 | Cooke & Lewis, Ltd. | Administrative | | $3,920.00 | $0.00 | $3,920.00 |
| 000001 070 7100-00 | Harris Bank Argo<br>James P Sullivan Chapman and Cutler<br>111 W Monroe St Suite 1700<br>Chicago, IL 60603 | Unsecured | | $763,210.29 | $0.00 | $763,210.29 |
| 000002 070 7100-00 | RBC Centura Cardholder Services<br>P.O. Box 869<br>Buffalo, NY 14240-0869 | Unsecured | | $12,735.26 | $0.00 | $12,735.26 |
| 000003 070 7100-00 | US Bank Elan<br>US Bank Elan Retail Payment Solutions<br>Bankruptcy<br>P O Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $14,957.12 | $0.00 | $14,957.12 |
| 000004 070 7100-00 | Bank One Delaware NA fka First USA<br>Weinstein Treiger & Riley PS<br>2101 4th Avenue Suite 900<br>Seattle, WA 98121 | Unsecured | | $16,807.70 | $0.00 | $16,807.70 |
| 000005 070 7100-00 | Bank One Delaware NA fka First USA<br>Weinstein Treiger & Riley PS<br>2101 4th Avenue Suite 900<br>Seattle, WA 98121 | Unsecured | | $21,553.50 | $0.00 | $21,553.50 |
| 000006 070 7100-00 | Chicago Title Land Trust Co<br>Mary Ann Gerstner<br>Gerstner & Gerstner<br>53 W Jackson Blvd Suite 1538<br>Chicago, IL 60604 | Unsecured | | $95,871.96 | $0.00 | $95,871.96 |
| 000007 080 7200-00 | Citibank NA<br>Citibank Choice<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901 | Unsecured | | $36,167.13 | $0.00 | $36,167.13 |
| | Case Totals: | | | $968,678.46 | $0.00 | $968,678.46 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-11623
Case Name: SIPPLE, JOHN MICHAEL
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $_____ | $_____ |
| *Attorney for trustee: Cohen & Krol* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Cooke & Lewis, Ltd.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:*_____ | $_____ | $_____ |
| *Attorney for:*_____ | $_____ | $_____ |
| *Accountant for:*_____ | $_____ | $_____ |
| *Appraiser for:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Harris Bank Argo* | $_____ | $_____ |
| *000002* | *RBC Centura Cardholder Services* | $_____ | $_____ |
| *000003* | *US Bank Elan* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Bank One Delaware NA fka First USA | $ | $ |
| 000005 | Bank One Delaware NA fka First USA | $ | $ |
| 000006 | Chicago Title Land Trust Co | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | Citibank NA | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .