# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  § Case No. 04-11623
SIPPLE, JOHN MICHAEL  §
 §
Debtors  §
 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 503,614.19 |
| *and approved disbursements of* | $ | 457,406.48 |
| *leaving a balance of* | $ | 46,207.71 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: JOSEPH E. COHEN | $ 28,430.71 | $ 70.05 |
| Attorney for trustee: Cohen & Krol | $ 3,455.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ 3,500.00 | $ 420.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 925,135.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Harris Bank Argo | $ 763,210.29 | $ 8,523.15 |
| 000002 | RBC Centura Cardholder Services | $ 12,735.26 | $ 142.22 |
| 000003 | US Bank Elan | $ 14,957.12 | $ 167.03 |
| 000004 | Bank One Delaware NA fka First USA | $ 16,807.70 | $ 187.70 |
| 000005 | Bank One Delaware NA fka First USA | $ 21,553.50 | $ 240.70 |
| 000006 | Chicago Title Land Trust Co | $ 95,871.96 | $ 1,070.65 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | Citibank NA | $ 36,167.13 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  2:00 PM  on  08/07/2009  in Courtroom  B ,

United States Courthouse

Park City Branch Court

301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/14/2009                              By: /s/JOSEPH E. COHEN
                                                                   Trustee

*JOSEPH E. COHEN, COHEN & KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000 312-368-0300*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 1                  Date Rcvd: Jul 15, 2009
Case: 04-11623                Form ID: pdf006            Total Noticed: 24

The following entities were noticed by first class mail on Jul 17, 2009.
db           +John Michael Sipple,   530 Salceda,   Mundelein, IL 60060-4835
aty          +David N Missner,   DLA Piper US LLP,   203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
tr           +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
7911712       American Express,   P.O. Box 299836,   Ft. Lauderdale, FL 33329-9836
8418345      +Bank One Delaware NA fka First USA,   Weinstein Treiger & Riley PS,   2101 4th Avenue Suite 900,
               Seattle, WA 98121-2339
7911723       Bank One/First Visa USA,   Card Member Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
8438968      +Chicago Title Land Trust Co,   Mary Ann Gerstner,   Gerstner & Gerstner,
               53 W Jackson Blvd Suite 1538,   Chicago, IL 60604-3780
7911722       Citi Aadvantage Card,   Citi Cards,   P.O. Box 6405,   The Lakes, NV 88901-6405
8622426      +Citibank NA,   Citibank Choice,   Exception Payment Processing,   P O Box 6305,
               The Lakes, NV 88901-6305
7911718      +First Bank & Trust of Evanston/Pontiac,   820 Church Street,   Evanston, IL 60201-3764
7911710       First National Bank of Eagle River,   400 East Wall Street,   Eagle River, WI 54521
7911709      +Goldstine Skrodski Russian Nemec & Hoff,   835 McClintock Drive,   Burr Ridge, IL 60527-0859
7911716      +Harris Bank Argo,   7549 W. 63rd St.,   Summit, Il 60501-1813
7973401      +Harris Bank Argo,   James P Sullivan Chapman and Cutler,   111 W Monroe St Suite 1700,
               Chicago, IL 60603-4022
7911715      +Heil Heil Smart & Golee,   1515 Chicago Avenue,   Evanston, IL 60201-4405
7911714      +Mary Ann Gerstner,   Gerstner & Gerstner,   53 W. Jackson Blvd. - Suite 1538,
               Chicago, IL 60604-3780
7911719       RBC Centura Cardholder Services,   P.O. Box 869,   Buffalo, NY 14240-0869
7958388      +SBA Commercial Loan Service Center,   2719 North Air Fresno Dr Ste 107,   Fresno, CA 93727-1547
7911713       Shell Oil Credit Land Serv.,   P.O. Box 790070,   Houston, TX 77279-9070
7911721       Travel Extras Mastercard,   Card Member Services,   P.O. Box 21550,   Tulsa, OK 74121-1550
7911717       U.S. Small Business Administration,   Commercial Loan Service Center,
               2719 North Air-Fresno Dr., Suite 107,   Fresno, CA 93727-1547
7911711      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: World Perks Visa,   U.S. Bank,   P.O. Box 6345,
               Fargo, ND 58125-6345)
8409449      +US Bank Elan,   US Bank Elan Retail Payment Solutions,   Bankruptcy,   P O Box 5229,
               Cincinnati, OH 45201-5229
7911720       United Mileage Plus,   Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**                    **Signature:**   *Joseph Speetjens*