UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| SIPPLE, JOHN MICHAEL | § | Case No. 04-11623 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Bank & Trust of Evanston 860 Church Street Evanston, IL 60201 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First National Bank Eagle River 400 E. Wall Street Eagle River, WI 54621 | | | | | |
| Mortgages | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MISC. EXPENSES | | | | | |
| SETTLEMENT COSTS | | | | | |
| UNITED STATES TREASURY | | | | | |
| CAROL RABER & ASSOC. | | | | | |
| HEADWATERS GASCO | | | | | |
| WE ENERGIES | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| Broker's real estate commission | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express PO Box 299836 Ft. Lauderdale, FL 33329-9836 | | | | | |
| Citi Aadavantage Card Citi Cards PO Box 6405 The Lakes, NV 88901-6405 | | | | | |
| Goldstine Skodski Russian Nemec & Hoff 835 McClintock Drive Burr Ridge, IL 60527-0860 | | | | | |
| SBA/Commercial Loan Service Center 2719 North Air-Fresno Dr., Ste 107 Fresno, CA 93727-1547 | | | | | |
| Shell Oil PO Box 790070 Houston, TX 77279 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK ONE DELAWARE NA FKA FIRST USA | | | | | |
| BANK ONE DELAWARE NA FKA FIRST USA | | | | | |
| CHICAGO TITLE LAND TRUST CO | | | | | |
| HARRIS BANK ARGO | | | | | |
| RBC CENTURA CARDHOLDER SERVICES | | | | | |
| US BANK ELAN | | | | | |
| CITIBANK NA | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 04-11623 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Date Filed (f) or Converted (c): | 04/24/04 (f) |
| | | 341(a) Meeting Date: | 05/27/04 |
| For Period Ending: | 04/13/10 | Claims Bar Date: | 10/20/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 600,000.00 | 150,000.00 | | 495,000.00 | 0.00 |
| 2. CHECKING | 52.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. BOOKS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | 0.00 |
| 8. LIFE INSURANCE | 25,119.00 | 0.00 | | 0.00 | 0.00 |
| 9. IRA | 109,903.00 | 0.00 | | 0.00 | 0.00 |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. TAX REFUND | Unknown | 7,000.00 | | 7,488.00 | 0.00 |
| 12. VEHICLE | 32,150.00 | 10,000.00 | | 0.00 | 0.00 |
| 13. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | 0.00 |
| 14. UTILITY DEPOSIT (u) | Unknown | Unknown | | 70.97 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,056.78 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $768,174.00 | $167,000.00 | | $503,615.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF REAL ESTATE AND OTHER ASSETS. TRUSTEE IS HIRING BROKER TO SELL MICHIGAN PROPERTY.
TRUSTEE ATTEMPTING TO SELL PROPERTY IN IRON MOUNTAIN, MI. SALE OF PROPERTY HAS CLOSED. TRUSTEE TO EMPLOY ACCOUNTANT.
TRUSTEE HAS TO IMPORT AND REVIEW CLAIMS. TRUSTEE PREPARING HIS FINAL REPORT. TRUSTEE SUBMITTING FINAL REPORT TO UST

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-11623   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | SIPPLE, JOHN MICHAEL | Date Filed (f) or Converted (c):   04/24/04 (f) |
| | | 341(a) Meeting Date:   05/27/04 |
| | | Claims Bar Date:   10/20/04 |

FOR REVIEW.  FINAL HEARING HELD AND DISTRIBUTION MADE.  TRUSTEE TO PREPARE HIS FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 10/31/05     Current Projected Date of Final Report (TFR): 04/30/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8859  BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/04 | 11 | JOHN SIPPLE | Tax refund<br>Income tax refund | 1124-000 | 7,488.00 | | 7,488.00 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.12 | | 7,488.12 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,488.75 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,489.36 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,489.99 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,490.60 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,491.23 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,491.87 |
| 02/08/05 | 000301 | HEADWATERS GASCO<br>P. O. Box 816<br>Three Lakes, WI 54562 | Utility Payment<br>Utility Payment | 2990-000 | | 215.68 | 7,276.19 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.42 | | 7,277.61 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.55 | | 7,279.16 |
| 04/22/05 | 000302 | INTERNATIONAL SURETIES, LTD.<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA 70112 | | 2300-000 | | 6.08 | 7,273.08 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.49 | | 7,274.57 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.55 | | 7,276.12 |
| 06/09/05 | 000303 | CAROL RABER & ASSOC. | Court reporter fees<br>Court reporter fees | 2990-000 | | 115.00 | 7,161.12 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.48 | | 7,162.60 |
| 07/19/05 | 000304 | WE ENERGIES<br>695 Smokey Lake Rd.<br>Iron River, MI 49935 | Acct # 1411-746-294 | 2990-000 | | 213.01 | 6,949.59 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.51 | | 6,951.10 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.55 | | 6,954.65 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.43 | | 6,958.08 |
| 10/18/05 | | COPPER RANGE ABSTRACT & TITLE | | | 40,004.20 | | 46,962.28 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8859  BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 1 | COPPER RANGE ABSTRACT & TITLE | Memo Amount:        495,000.00 | 1110-000 | | | |
| | | | Memo Amount:    (   407,543.89 ) | 4110-000 | | | |
| | | | Mortgages | | | | |
| | | | Memo Amount:    (     17,129.88 ) | 2500-000 | | | |
| | | | SETTLEMENT COSTS | | | | |
| | | | Memo Amount:    (          622.03 ) | 2500-000 | | | |
| | | | MISC. EXPENSES | | | | |
| | | | Memo Amount:    (     29,700.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.66 | | 46,972.94 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.16 | | 46,996.10 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.95 | | 47,020.05 |
| 01/11/06 | 14 | WE ENERGIES | | 1290-000 | 70.97 | | 47,091.02 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.98 | | 47,115.00 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.56 | | 47,148.56 |
| 03/14/06 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 35.96 | 47,112.60 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.03 | | 47,152.63 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.75 | | 47,191.38 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.08 | | 47,231.46 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.82 | | 47,270.28 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.15 | | 47,310.43 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.18 | | 47,350.61 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.91 | | 47,389.52 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.26 | | 47,429.78 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.98 | | 47,468.76 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.31 | | 47,509.07 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.35 | | 47,549.42 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 36.48 | | 47,585.90 |
| 03/01/07 | 000306 | International Sureties, Ltd. | Bond premium | 2300-000 | | 38.31 | 47,547.59 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.08

FORM 2      Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8859 BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.41 | | 47,588.00 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 39.12 | | 47,627.12 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.45 | | 47,667.57 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 39.17 | | 47,706.74 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.52 | | 47,747.26 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.55 | | 47,787.81 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 30.44 | | 47,818.25 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 30.46 | | 47,848.71 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 25.56 | | 47,874.27 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 22.89 | | 47,897.16 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 18.98 | | 47,916.14 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 11.39 | | 47,927.53 |
| 03/25/08 | 000307 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 42.28 | 47,885.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 11.33 | | 47,896.58 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.81 | | 47,906.39 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.08 | | 47,912.47 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.90 | | 47,918.37 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.09 | | 47,924.46 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.09 | | 47,930.55 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.90 | | 47,936.45 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.65 | | 47,941.10 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.93 | | 47,945.03 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.41 | | 47,947.44 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,947.84 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 47,948.21 |
| 02/28/09 | 000308 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 39.36 | 47,908.85 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 47,909.26 |

LFORM2T4    UST Form 101-7-TDR (9/1/2009) *(Page: 12)*        Ver: 15.08

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8859 BofA - Money Market Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.05 | | 47,910.31 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 47,911.52 |
| 06/18/09 | 000309 | United States Treasury | 2004 Form 1041 75-6723748 | 2810-000 | | 1,705.00 | 46,206.52 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.19 | | 46,207.71 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.18 | | 46,208.89 |
| 08/11/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 46,209.27 |
| 08/11/09 | | Transfer to Acct #*******0999 | Final Posting Transfer | 9999-000 | | 46,209.27 | 0.00 |

| | | | Account *******8859 | Balance Forward | 0.00 | | 9 | Checks | 2,410.68 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 3 | Deposits | 47,563.17 | | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 495,000.00 | | 62 | Interest Postings | 1,056.78 | | 1 | Transfers Out | 46,209.27 |
| Memo Allocation Disbursements: | 454,995.80 | | | Subtotal | $ 48,619.95 | | | | |
| | | | | | | | | Total | $ 48,619.95 |
| Memo Allocation Net: | 40,004.20 | | 0 | Adjustments In | 0.00 | | | | |
| | | | 0 | Transfers In | 0.00 | | | | |
| | | | | Total | $ 48,619.95 | | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.08

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0999  BofA - Checking Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/09 | | Transfer from Acct #*******8859 | Transfer In From MMA Account | 9999-000 | 46,209.27 | | 46,209.27 |
| 08/12/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 28,430.65 | 17,778.62 |
| 08/12/09 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 70.05 | 17,708.57 |
| 08/12/09 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 2,303.67 | 15,404.90 |
| 08/12/09 | 003004 | Cooke & Lewis, Ltd. | Accountant for Trustee fees | | | 3,920.00 | 11,484.90 |
| | | | Accountant for Trustee fees | | | | |
| | | | Fees        3,500.00 | 3410-000 | | | 11,484.90 |
| | | | Expenses       420.00 | 3420-000 | | | 11,484.90 |
| 08/12/09 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,151.83 | 10,333.07 |
| 08/12/09 | 003006 | Harris Bank Argo<br>James P Sullivan Chapman and Cutler<br>111 W Monroe St Suite 1700<br>Chicago, IL 60603 | Claim 000001, Payment 1.11692% | 7100-000 | | 8,524.48 | 1,808.59 |
| 08/12/09 | 003007 | RBC Centura Cardholder Services<br>P.O. Box 869<br>Buffalo, NY 14240-0869 | Claim 000002, Payment 1.11690% | 7100-000 | | 142.24 | 1,666.35 |
| 08/12/09 | 003008 | US Bank Elan<br>US Bank Elan Retail Payment Solutions<br>Bankruptcy<br>P O Box 5229<br>Cincinnati, OH 45201 | Claim 000003, Payment 1.11693% | 7100-000 | | 167.06 | 1,499.29 |
| 08/12/09 | 003009 | Bank One Delaware NA fka First USA<br>Weinstein Treiger & Riley PS<br>2101 4th Avenue Suite 900 | Claim 000004, Payment 1.11693% | 7100-000 | | 187.73 | 1,311.56 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 14)

Ver: 15.08

FORM 2     Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0999 BofA - Checking Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/09 | 003010 | Seattle, WA 98121<br>Bank One Delaware NA fka First USA<br>Weinstein Treiger & Riley PS<br>2101 4th Avenue Suite 900 | Claim 000005, Payment 1.11694% | 7100-000 | | 240.74 | 1,070.82 |
| 08/12/09 | 003011 | Seattle, WA 98121<br>Chicago Title Land Trust Co<br>Mary Ann Gerstner<br>Gerstner & Gerstner<br>53 W Jackson Blvd Suite 1538<br>Chicago, IL 60604 | Claim 000006, Payment 1.11693% | 7100-000 | | 1,070.82 | 0.00 |

| | | | Account *******0999 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | Deposits | 0.00 | 11 | Checks | 46,209.27 |
| | | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | Subtotal | $ 0.00 | | | |
| | | | | | | | Total | $ 46,209.27 |
| Memo Allocation Net: | 0.00 | | 0 | Adjustments In | 0.00 | | | |
| | | | 1 | Transfers In | 46,209.27 | | | |
| | | | | Total | $ 46,209.27 | | | |

FORM 2

Page: 7

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-11623 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SIPPLE, JOHN MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0999  BofA - Checking Account |
| Taxpayer ID No: | *******3748 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| Total Allocation Receipts: | 495,000.00 |
| Total Allocation Disbursements: | 454,995.80 |
| Total Memo Allocation Net: | 40,004.20 |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 3 | Deposits | 47,563.17 | 22 | Checks | 48,619.95 |
| 62 | Interest Postings | 1,056.78 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 46,209.27 |
| | Subtotal | $ 48,619.95 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 94,829.22 |
| 1 | Transfers In | 46,209.27 | | | |
| | Total | $ 94,829.22 | | Net Total Balance | $ 0.00 |